**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROBBIE EMERY BURKE, as the Special Administratrix of the Estate of Elliott Earl Williams, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-CV-720-JED-PJC |
| STANLEY GLANZ, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S FINAL EXHIBIT LIST

**COMES NOW,** Plaintiff, Robbie Emery Burke ("Plaintiff" or "Ms. Burke"), as the Special Administratrix of the Estate of Elliott Earl Williams ("Mr. Williams"), deceased, and respectfully submits her Final Exhibit List as follows:

| Ex. | Bates | Description |
|---|---|---|
| 1 | GLANZ-EW0001-GLANZ-EW0015 | Inmate Records from David L. Moss Criminal Justice Center (Including Booking Sheet, Arrest and Booking Report, Incident Report, etc.) |
| 2 | GLANZ-EW0016 – GLANZ-EW0057 | OSBI Report: Suspicious Death Subject: Elliot Earl Williams |
| 3 | None | "6/12/12 Meeting with CHC" |
| 4 | None | "Issues to be Discussed" Memo |
| 5 | GLANZ-EW0078 | Correctional Healthcare Authorities Drug Administration Activity for Elliot E. Williams |
| 6 | GLANZ-EW0093-GLANZ-EW0109 | Correctional Healthcare Authorities Medical Records for Elliot Williams |
| 7 | GLANZ-EW0110-GLANZ-EW0115 | Tulsa County Sheriff's Office Employee Time Sheets<br>Shifts: BKING-A, BR-A, FLV-A, ZONE1-A, ZONE2-A, and ZONE 3-A. |
| 8 | GLANZ-EW0116-GLANZ-EW0124 | Tulsa County Sheriff's Office Employee Time Sheets<br>Shifts: BKING-A, BR-A, FLV-D, ZONE1-A, ZONE1-A REVISED, ZONE2-A, ZONE2-A REVISED, ZONE3-A, and ZONE 3-A REVISED. |
| 9 | GLANZ-EW0125-GLANZ-EW0131 | Tulsa County Sheriff's Office Employee Time Sheets |
| 9 | GLANZ-EW0125-GLANZ-EW0131 | Tulsa County Sheriff's Office Employee Time Sheets<br>Shifts: BKING-D, BR-D, FLV-D, ZONE1-D, ZONE2-D, ZONE3-D, and ZONE 4-D. |

1

| 10 | GLANZ-EW0132-GLANZ-EW0138 | Tulsa County Sheriff's Office Employee Time Sheets<br>Shifts: BKING-D, BR-D, FLV-D, ZONE1-D, ZONE2-D, ZONE3-D, and ZONE 4-D. |
|---|---|---|
| 11 | GLANZ-EW0139-GLANZ-EW0144 | Tulsa County Sheriff's Office Employee Time Sheets<br>Shifts: BKING-C, BR-C, FLV-C, ZONE1-C, ZONE2-C, and ZONE 3-C. |
| 12 | GLANZ-EW0145-GLANZ-EW0150 | Tulsa County Sheriff's Office Employee Time Sheets<br>Shifts: BKING-C, BR-C, FLV-C, ZONE1-C, ZONE2-C, and ZONE 3-C. |
| 13 | GLANZ-EW0151-GLANZ-EW0156 | Tulsa County Sheriff's Office Employee Time Sheets<br>Shifts: BKING-B, BR-B, ZONE1-B, ZONE2-B, ZONE3-B, and ZONE 4-B |
| 14 | GLANZ-EW0157-GLANZ-EW0162 | Tulsa County Sheriff's Office Employee Time Sheets<br>Shifts: BKING-B, BR-B, ZONE1-B, ZONE2-B, ZONE3-B, and ZONE 4-B. |
| 15 | GLANZ-EW0163-GLANZ-EW0207 | Tulsa County Sheriff's Office Policies Book Chapter One – Organization |
| 16 | GLANZ-EW0208-GLANZ-EW0282 | Tulsa County Sheriff's Office Policies Book Chapter Two – Contractual Agreements |
| 17 | GLANZ-EW0283-GLANZ-EW0455 | Tulsa County Sheriff's Office Policies Book Chapter Three – Job Descriptions |
| 18 | GLANZ-EW1161-GLANZ-EW1260 | Tulsa County Sheriff's Office Policies Book Chapter Twelve – Investigation of Criminal Offenses |
| 19 | GLANZ-EW1506-GLANZ-EW1595 | Tulsa County Sheriff's Office Policies Book Chapter Seventeen – Channels of Communication |
| 20 | GLANZ-EW1623-GLANZ-EW1671 | Tulsa County Sheriff's Office Policies Book Chapter Nineteen – Booking |
| 21 | GLANZ-EW1672-GLANZ-EW1763 | Tulsa County Sheriff's Office Policies Book Chapter Twenty – Housing Unit Supervision |
| 22 | GLANZ-EW1818-GLANZ-EW1829 | Tulsa County Sheriff's Office Policies Book Chapter Twenty-Two – Jail Investigations Office |
| 23 | GLANZ-EW2072-GLANZ-EW2075 | Inmate Grievance and Request System |
| 24 | GLANZ-EW2178-GLANZ-EW2202 | Health Services Agreement |
| 25 | GLANZ-EW2203-GLANZ-EW2209 | Contract with Correctional Healthcare Management |
| 26 | GLANZ-EW2224-GLANZ-EW2233 | Correctional Healthcare Management Medical Statistical Summary |
| 27 | GLANZ-EW2292-GLANZ-EW2303 | Correctional Healthcare Companies – Mortality Review of Clinton Labor, Memorandum of patient death, Mortality review of Damien Tucker and Frankie Thomas |

| 28 | GLANZ-EW2430 GLANZ-EW2431 | TCSO Policy Manual Ch. 17, Policy 08 – Medical Services |
|---|---|---|
| 29 | GLANZ-EW2698 – GLANZ-EW2721 | NCCHC Accreditation letter and Report 11-15-10 |
| 30 | GLANZ-EW2742 | Tulsa County Sheriff's Office – CTOPS/Civil Organizational chart |
| 31 | GLANZ-EW2743 – GLANZ-EW2766 | NCCHC Letter and Report re: Probation status for DLMCJC |
| 32 | GLANZ-EW2789 – GLANZ-EW2813 | CHMO 2010 Contract with attachments |
| 33 | GLANZ-EW2814 – GLANZ-EW2979 | 2010 Health Services Agreement |
| 34 | GLANZ-EW2980 – GLANZ-EW2989 | 2005 Health Services Agreement |
| 35 | GLANZ-EW2992 – GLANZ-EW2993 | Resolution to Renew Contracts and Agreements – 2006 |
| 36 | GLANZ-EW3015 – GLANZ-EW3016 | 2007 Amendment One to Correctional Health Care Service Agreement |
| 37 | GLANZ-EW3017 – GLANZ-EW3018 | 2008 Amendment Number Two to the Correctional Health Care Service Agreement |
| 38 | GLANZ-EW3019 – GLANZ-EW3020 | 2009 Resolution to Renew Contracts and Agreements |
| 39 | GLANZ-EW3021 | 2010 Resolution Contract/Agreement Renewal |
| 40 | GLANZ-EW3022 | 2005 Contract – Last page only |
| 41 | GLANZ-EW3023 – GLANZ-EW3025 | 09-29-11 Email from I.C.E. |
| 42 | Photo | DSC_003.JPG   Cell door with log sheets attached |
| 43 | Photo | DSC_004.JPG   Segregation Activity Record |
| 44 | Photo | DSC_0005.JPG  Security Check Form |
| 45 | Photo | DSC_0006. JPG   Cell door, security check form raised to show door number behind it |
| 46 | Photo | DSC_0008.JPG   Williams on floor of cell |
| 47 | Photo | DSC_0009.JPG   Medical equipment in cell |
| 48 | Photo | DSC_0010.JPG   Elliot Williams on floor of cell |
| 49 | Photo | DSC_0011.JPG   Elliot Williams on floor of cell |
| 50 | Photo | DSC_0012.JPG   Elliot Williams on floor of cell |
| 51 | Photo | DSC_0013.JPG   Elliot Williams – close up – face |
| 52 | Photo | DSC_0016.JPG   Elliot Williams – lower legs and feet |
| 53 | Photo | DSC_0017.JPG   Elliot Williams – right arm |
| 54 | Photo | DSC_0019.JPG  Elliot Williams – left arm |
| 55 | Photo | DSC_0021.JPG  Elliot Williams – left profile |
| 56 | Photo | DSC_0022.JPG  Elliot Williams – left profile #2 |
| 57 | Photo | DSC_0023.JPG  Elliot Williams – close up |
| 58 | Photo | DSC_0024.JPG  Elliot Williams – close up of cut |
| 58 | Photo | DSC_0024.JPG  Elliot Williams – close up of cut over right eye |

| 59 | Photo | DSC_0025.JPG  Elliot Williams on floor of cell |
| --- | --- | --- |
| 60 | Photo | DSC_0026.JPG  close up of blood and q-tip on floor by the wall |
| 61 | Photo | DSC_0027.JPG  Elliot Williams on floor with blood and q-tip |
| 62 | Photo | DSC_0028.JPG  close up of blood and q-tip on floor by Elliot Williams |
| 63 | Photo | DSC_0030.JPG  close up of left lower leg, ankle & foot |
| 64 | Photo | DSC_0031.JPG  close up of left lower leg & ankle |
| 65 | Photo | DSC_0032.JPG  Left arm with blood and q-tip |
| 66 | Photo | DSC_0033.JPG  close up of left arm with blood and q-tip |
| 67 | Photo | DSC_0034.JPG  blood and q-tip on floor near wall #2 |
| 68 | Photo | DSC_0035.JPG  close up blood and q-tip on floor |
| 69 | Photo | DSC_0039.JPG  container of uneaten food (orange, egg, cereal and cookie) |
| 70 | Photo | DSC_0040.JPG  container of uneaten food (eggs, orange, bread etc.) |
| 71 | Photo | DSC_0041.JPG  container of uneaten food (orange, breaded cutlet, bread, beans?, carrots?) |
| 72 | | CHC Medical Records re: Elliot Williams **(bad copy)** |
| 73 | | CHC October Personnel Schedule |
| 74 | | CHMO Organizational Chart |
| 75 | | CHC Job Descriptions |
| 76 | | Records of EMS Services in re: Williams (redacted) |
| 77 | | 10-27-11 Report of John Bell – Mental Health Lead re: Elliott Williams |
| 78 | | 10-27-11 Report re: Elliot Williams – unsigned |
| 79 | | Burke_v_CHMO_Records |
| 80 | GLANZ-EW3049 – GLANZ-EW3054 | 11-08-11 Advanced Medical Systems Inc report: Review contract compliance, utilization, efficiency of contract between TCSO and medical service provider. Physical facilities review (REDACTED) |
| 81 | GLANZ-EW3055 – GLANZ-EW3058 | 08-03-09 Oklahoma State Department of Health Protective Health Services Jail Inspection Division Report on Death Investigation (REDACTED) |
| 82 | VIDEO | Williams pre book 1.ave |
| 83 | VIDEO | Williams pre book 2.ave |
| 84 | VIDEO | Williams pre book 3.ave |
| 85 | VIDEO | Williams pre book slider.ave |
| 86 | VIDEO | Williams Booking waiting area 2.ave |
| 87 | VIDEO | E Williams 3.ave |
| 88 | VIDEO | E Williams 4.ave |

| 89 | VIDEO | E Williams 6.ave |
|---|---|---|
| 90 | GLANZ-EW3143 – GLANZ-EW3144 | 03-02-12 Executive Summary D-11-026 From Corporal McKelvey to Undersheriff Edwards |
| 91 | GLANZ-EW3061 – GLANZ-EW3142 | 03-04-12 Synopsis of Elliot Williams investigation from Corporal McKelvey to Undersheriff Edwards |
| 92 | GLANZ-EW3059 – GLANZ-EW3060 | 10-22-11 Booking Security Checks |
| 93 | | Homeland Security Exit Memo (from Lillard to Edwards) |
| 94 | GLANZ-EW3154 – GLANZ-EW3181 | Owasso / Tulsa County Sheriff's Office SOMs Report and Witness Statements |
| 95 | GLANZ-EW3202 – GLANZ-EW3211 | 10-28-11 Transcript of Internal Affairs Investigation Interview with Captain Tommy Fike |
| 96 | GLANZ-EW3221 – GLANZ-EW3233 | 11-04-11 Transcript of Internal Affairs Investigation Interview with Carmelita Norris |
| 97 | GLANZ-EW3258 – GLANZ-EW3269 | 11-08-11 Transcript of Criminal Investigations Unit Interview with Crystal Rich |
| 98 | GLANZ-EW3270 - GLANZ-EW3275 | 11-04-11 Transcript of Internal Affairs Investigation Interview with Deputy Monica Holloway |
| 99 | GLANZ-EW3293 – GLANZ-EW3301 | 11-02-11 Transcript of Internal Affairs Investigation Pre-Action with Dr. Washburn |
| 100 | GLANZ-EW3312 – GLANZ-EW3319 | 11-03-11 Transcript of Internal Affairs Interview with D.O. Ed White |
| 101 | GLANZ-EW3340 – GLANZ-EW3356 | 11-03-11 Transcript of Criminal Unit Investigation Interview with Dr. Steven Harnish |
| 102 | GLANZ-EW3364 – GLANZ-EW3375 | 11-07-11 Transcript of Internal Affairs Investigation Interview with Kimberly Hughes |
| 103 | GLANZ-EW3411 – GLANZ-EW3417 | 11-08-11 Transcript of Criminal Investigations Unit Interview with Dr. Khadja Limbu |
| 104 | GLANZ-EW3418 – GLANZ-EW3421 | 11-07-11 Transcript of Internal Investigation Unit Interview with Leticia Glover |
| 105 | GLANZ-EW3422 – GLANZ-EW3439 | 11-04-11 Transcript of Internal Affairs Investigation Interview with Lois Bell |
| 106 | GLANZ-EW3524 – GLANZ-EW3529 | 11-07-11 Transcript of Interview with Steve Smith |
| 107 | GLANZ-EW3534 – GLANZ-EW3567 | 11-03-11 Transcript of Criminal Investigations Unit Interview with D.O. Tammy Hanley |
| 108 | GLANZ-EW3575 – GLANZ-EW3588 | 12-07-11 Transcript of Inmate Death Investigation Interview with Captain Fike |
| 109 | GLANZ-EW3589 – GLANZ-EW3597 | 12-08-11 Transcript of Internal Affairs Investigation Interview with Carl Wiehe |
| 110 | GLANZ-EW3598 – GLANZ-EW3609 | 12-08-11 Transcript of Internal Affairs Investigation Interview with Derrick Latham |
| 111 | GLANZ-EW3614 – GLANZ-EW3618 | 12-15-11 Transcript of Inmate Death Investigation Interview with Detention Officer Christopher Leverich |
| 112 | GLANZ-EW3620 – GLANZ-EW3635 | 12-07-11 Transcript of Inmate Death Investigation Interview with Detention Officer Dakota Walsh |

| 113 | GLANZ-EW3641 – GLANZ-EW3671 | 12-07-11 Transcript of Inmate Death Investigation Interview with Detention Officer Bell |
|---|---|---|
| 114 | GLANZ-EW3672 – GLANZ-EW3676 | 12-16-11 Transcript of Inmate Death Investigation Interview with Deputy Holloway |
| 115 | GLANZ-EW3677 – GLANZ-EW3686 | 12-07-11 Transcript of Inmate Death Investigation Interview with Inmate Andrew Johnson |
| 116 | GLANZ-EW3687 – GLANZ-EW3691 | 12-09-11 Transcript of Inmate Death Investigation Interview with Inmate Mario Wilson |
| 117 | GLANZ-EW3692 – GLANZ-EW3697 | 12-09-11 Transcript of Internal Affairs Investigation Interview with Lois Bell |
| 118 | GLANZ-EW3698 – GLANZ-EW3700 | 12-07-11 Transcript of Inmate Death Investigation Phone Conversation with Detention Officer Dakota Walsh |
| 119 | GLANZ-EW3701 – GLANZ-EW3709 | 12-15-11 Transcript of Inmate Death Investigation Interview with Sergeant Doug Hinshaw |
| 120 | Video | Video of E. Williams in Cell #1 -- Unedited |
| 121 | Video | Video of E. Williams in Cell #1 -- Edited |
| 122 | | Hughes Personnel File |
| 123 | | Washburn Personnel File |
| 124 | | AIT Lab Report (unredacted) |
| 125 | GLANZ-EW3935 – GLANZ-EW4001 | Glanz Supplemental Discovery Sent 4.26.13 / IA Disciplinary Files |
| 126 | Video | E Williams 1.ave |
| 127 | Video | E Williams 2.ave |
| 128 | Video | E Williams 3.ave |
| 129 | Video | E Williams 4.ave |
| 130 | Video | E Williams 5.ave |
| 131 | Video | Williams Booking Waiting area 2.ave |
| 132 | Video | Williams pre book 1.ave |
| 133 | Video | Williams pre book 2.ave |
| 134 | Video | Williams pre book 3.ave |
| 135 | Video | Williams pre book slider.ave |
| 136 | | 11-4-11 Transcript of Inmate Death Investigation Interview with Sergeant Jack Reusser |
| 137 | | Yerton Documents: Timeline |
| 138 | | Yerton Documents: Witness list (Prosecution report) |
| 139 | | Yerton Documents: Witness list |
| 140 | | CHC Clinical Protocol Manual 2010 |
| 141 | | ME Report |
| 142 | | Mental Health Treatment Team Meeting |
| 143 | | CHC Tulsa County – David L Moss Policies and Procedures, 2009 |
| 144 | | X-Rays of E Williams' Spine |
| 145 | | Photos of E Williams' Spine |
| 146 | | 2007NCCHCReport |
| 147 | | 2009 Betty Gondles Report |

| | | |
|---|---|---|
| 148 | DX27-0001-0030 | 2007 NCCHC Documents |
| 149 | DX280001-0037 | 2010 NCCHC Documents |
| 150 | | Dkt. #263-5 |
| 151 | | Dkt. #263-8 |
| 152 | | Dkt. #263-10 |
| 153 | | Dkt. #263-11 – 263-12 |
| 154 | | Dkt. #263-18 |
| 155 | | Dkt. #263-19 |
| 156 | | Dkt. #263-21 |
| 157 | | Dkt. #263-23 |
| 158 | | Dkt. #263-32 |
| 159 | | Dkt. #263-33 |
| 160 | | Dkt. #263-34 |
| 161 | | Dkt. #263-36 |
| 162 | | Dkt. #263-37 |
| 163 | | Dkt. #263-42 |
| 164 | | Dkt. #263-43 |
| 165 | | Dkt. #262-45 |
| 166 | | Dkt. #263-47 |
| 167 | | Dkt. #263-48 |
| 168 | | Dkt. #263-49 |
| 169 | | Dkt. #263-50 |
| 170 | | Dkt. #263-51 |
| 171 | | Dkt. #263-52 |
| 172 | | Dkt. #263-53 |
| 173 | | Dkt. #263-55 |
| 174 | | Tammy Harrington Documents |
| 175 | | Autopsy Photos |
| 176 | | Jail Fund Budget Letter and Attachments |
| 177 | | Grand Jury Report |
| 178 | | Adusei Report (Bowman to Robinette) |
| 179 | | Wyrick Email |
| 180 | | Settlement Order Between BOCC and DOJ (1995/1996) |
| 181 | | 2002 DOJ Report (Excerpt regarding Tulsa County Jail) |
| 182 | | Community Safety Institute ("CSI") Organizational and Operational Assessment of the Tulsa County Sheriff's Office ("CSI Report") |
| 183 | | Fiscal Year 2009, 2010, 2011 and 2012 Table Re. Tulsa County Purchase Orders |
| | | Any Exhibit Listed by Defendants and Not Objected to by Plaintiff |

Respectfully submitted,

s/Robert M. Blakemore
Daniel Smolen, OBA #19943
danielsmolen@ssrok.com
Donald E. Smolen, II, OBA #19944
donaldsmolen@ssrok.com
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Smolen Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669

Louis W. Bullock, OBA #1305
lbullock@bullocklawtulsa.com
Patricia W. Bullock, OBA #9569
pbullock@bullocklawtulsa.com
Bullock Law Firm
1811 South Baltimore Avenue
Tulsa, OK 74119
Phone: (918) 584-2001

Gregory J. Denney, OBA #17918
greg@gregdenneylaw.com
Gregory J. Denney & Associates, P.C.
1204 South Cheyenne Avenue
Tulsa, Oklahoma 74119
Phone: (918) 295-0077

Thomas A. Mortensen, OBA #19183
tmort70@hotmail.com
1331 South Denver Avenue
Tulsa, OK 74119
Phone: (918) 392-9992
Fax: (918) 392-9993

**CERTIFICATE OF SERVICE**

    This is to certify that on this 20th day of January, 2017, a true and correct copy of the above was electronically transmitted to the Clerk of the Court using ECF System for filing with the Court and service upon all ECF-registered counsel of record.

/s/Robert M. Blakemore