**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

(1) ROBBIE EMERY BURKE, )
    as the Special Administratrix of )
    Elliott Earl Williams, Deceased, )
     )
    Plaintiff, )
     )
v. ) Case No. 11-CV-720-JED-PJC
     )
(1) STANLEY GLANZ, )
    in his individual capacity; and )
(2) VIC REGALADO, )
    in his official capacity. )
     )
    Defendants. )

## DEFENDANTS EXHIBIT WITNESS LIST

COME NOW Defendants Stanley Glanz and Vic Regaldo, by and through their attorneys of record and submit the following Final Exhibit List:

| Ex. | Name | |
|---|---|---|
| 1 | 911 Call Audio | |
| 2 | Owasso 2011-3302 Radio Traffic Initial Call and Arrest Audio | |
| 3 | Owasso Body Cam Video (Arrest) | |
| 4 | Owasso Body Cam Video (Arrest) | |
| 5 | Owasso Call Service Summary | |
| 6 | Owasso Booking Report dated 10/22/11 | Glanz-EW0003-0005 |
| 7 | Owasso Body Cam Video (Police Station) | |
| 8 | Owasso Body Cam Video (Jail) | |
| 9 | Owasso Body Cam Video (Jail) | |
| 10 | Owasso Body Cam Video (Jail) | |
| 11 | Owasso Video, Cell No. 5 (Jail) | |
| 12 | Owasso Video, Cell No. 5 (Jail) | |
| 13 | Owasso Call Incident Report Case No. 2011-3302 | Glanz-EW0062-0077 |
| 14 | Owasso Complaint Card | Glanz-EW0060 |
| 15 | Owasso Audio Transport to DLM | |
| 16 | Owasso Incident report, 04/01/06 | Glanz-EW0058-0061 |

| 18 | Williams Inmate Records | Glanz-EW0002-7;-12-15 |
|---|---|---|
| 19 | CHC Medical Log | |
| 20 | CHC Mental Health Activity List - Williams | |
| 21 | CHC Mental Health Treatment Team Meeting - Williams | |
| 22 | SJMC Medical Records - Williams 5/9/11 | SJMC 1-35 |
| 23 | TCBH Medical Records - Williams 5/9/11 | TCBH00001-00018 |
| 24 | CHC Timeline for Encounter - Williams | Glanz-EW0082-0084 |
| 25 | CHC Medical Records - Williams | Glanz-EW0093-0109 |
| 26 | Williams Jail Incident Report - 10/27/11 | |
| 27 | Medical Unit Log Sheets | |
| 28 | CHC Clinical Protocol Manual 2010 | |
| 29 | CHC Policies and Procedures 2009 | |
| 30 | TSCO Policies & Procedures | |
| 31 | TCSO Inmate Handbook | Glanz-EW2076-2089 |
| 32 | CHMO-TCSO Services Agreement 2010 | Glanz-EW2178-2202 |
| 33 | CHMO-TCSO Services Agreement Amendment 2011 | Glanz-EW2203-2209 |
| 34 | TCSO Staffing Records 10/26-11/1 | |
| 35 | CHC/TCSO Health Services Agreement | |
| 40 | 2009 ACA Study | Glanz-EW2634-2657 |
| 41 | ICE Annual Detention Review | Glanz-EW3738-3828 |
| 42 | ICE Annual Detention Review | Glanz-EW3829-3927 |
| 43A | Letter naming Dr. Washburn including CV | GLANZ-EW2210-12 |
| 43B | CHM Standards to be Addressed and Appendices A-O (redacted to remove Patient Identifiers) | GLANZ-EW2213-2593 |
| 44 | Peterson Records - Williams Family | Glanz-EW4104-6581 |
| 45 | Roemer Report 110811 | Glanz-EW3049-3054 |
| 46 | TCSO Jail Shift Report | Glanz-EW3059-3060 |
| 47 | TCSO Annual Report, 2009 | |
| 48 | TCSO Annual Report, 2010 | |
| 49 | TCSO Annual Report, 2011 | |
| 50 | Photographs of the David L. Moss Medical Unit | |
| 51 | Diagram of the David L. Moss Medical Unit | |

| 52 | Plaintiff's Answers to Interrogatories and Discovery | |
|----|------------------------------------------------------|---|
| 53 | Demonstrative Exhibits as necessary | |
| 54 | All exhibits listed by Plaintiff not objected to by Defendant | |

Respectfully Submitted,

*/s/Guy A. Fortney*
Clark O. Brewster, OBA #1114
Guy A. Fortney, OBA #17027
Corbin C. Brewster, OBA #22075
BREWSTER & DE ANGELIS, PLLC
2617 E. 21st Street
Tulsa, OK   74114
Tel: (918) 742-2021
Fax: (918) 742-2197
**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, I electronically transmitted the foregoing document by email and/or U.S. mail to the following:

    Daniel Smolen
    danielsmolen@ssrok.com
    Donald E. Smolen, II
    donaldsmolen@ssrok.com
    Robert M. Blakemore
    bobblakemore@ssrok.com

    Louis W. Bullock
    lbullock@bullock-blakemore.com
    Patricia W. Bullock
    pbullock@bullock-blakemore.com

    Gregory J. Denney
    greg@gregdenneylaw.com

    Thomas A. Mortensen
    tmort70@hotmail.com

    */s/ Guy A. Fortney*
    Guy A. Fortney