IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBBY EMERY BURKE, as the Special Administrator of the Estate of Elliott Earl Williams, Deceased. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| STANLEY GLANZ, et al., | ) ) ) |
| Defendants. | ) |

Case No. 11-CV-720-JED-PJC

## **OPINION AND ORDER**

Plaintiff's *Motion for Asset Hearing as to Judgment Debtor Stanley Glanz*, [Dkt. 532], is before the court for decision.  Defendant Stanley Glanz has filed a response. [Dkt. 534]. No reply has been filed.

Because Defendant Glanz's post-trial motions, [Dkts. 507, 511], are still pending, LCvR 62.1 stays all proceedings to enforce the judgment.  Plaintiff's argument that she is merely seeking discovery in aid of the Judgment is not persuasive under the facts of this case.

Plaintiff's *Motion for Asset Hearing as to Judgment Debtor Stanley Glanz*, [Dkt. 532], is DENIED.

So ordered this 27th day of July, 2017.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE