**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROBBIE EMERY BURKE, as the Special Administratrix of the Estate of Elliott Earl Williams, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 11-CV-720-JED-PJC ) |
| STANLEY GLANZ, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER TO APPEAR AND ANSWER AS TO ASSETS

Before this Court is Plaintiff's (Re-Newed) Motion For Asset Hearing As To Judgment Debtor Stanley Glanz. *See* [Dkt. #563]. For good cause shown, the Court grants Plaintiff's Motion, and hereby ORDERS Judgment Debtor Stanley Glanz, to appear before this Court, to bring with him certain financial document, and to answer inquiries regarding his assets and property. Judgment Debtor Stanley Glanz is directed to appear on the 16th day of May, 2018 at 9:30 a.m. before the Honorable Frank H. McCarthy, Magistrate Judge of this Court, in Courtroom #2, on the 3rd floor. Judgment Debtor Stanley Glanz is hereby ordered to bring with him, and produce to the Plaintiff, a copy of the following financial documents to the aforementioned asset hearing:

A. Mr. Glanz's last three (3) years state and federal income tax returns;

B. The name, mailing address, and amount owed to any other secured or unsecured creditors;

C. All promissory notes and security agreements signed by Mr. Glanz which are currently unpaid;

D. All contracts for personal property and UCC filing statements securing the

same;

E. Copies of all real estate deeds for property owned by Mr. Glanz or any entity in which he has an interest;

F. Copies of all real estate mortgages owed by Mr. Glanz, or any entity in which he has an interest, at this time;

G. Copies of all motor vehicle titles (car, truck, motorcycle, etc.), and boat titles owned by Mr. Glanz or any entity in which he has an interest;

H. An inventory of all business assets owned by Mr. Glanz including the value he believes each to be worth;

I. The name and address of each financial institution in which Mr. Glanz has a checking, savings, or any other investment account, and identify the type of account and account numbers;

J. A detailed list of all personal property owned by Mr. Glanz and the value of each item;

K. A copy of all financial statements prepared by or for Mr. Glanz, or any entity in which he owns an interest, and filed with any of his creditors within the last five (5) years;

L. A list of any property Mr. Glanz claims should be exempt from payment of the Judgment;

M.  A list of all property, assets and/or monies transferred, indicating to whom or what the property, assets and/or monies were transferred to, by Glanz since October 27, 2011;

N. All documents which reveal Mr. Glanz's financial situation (*i.e.* a list of assets

and debts).

IT IS FURTHER ORDERED that Judgment Debtor Stanley Glanz is enjoined from alienating, concealing, or encumbering any of his nonexempt property pending the aforementioned asset hearing and a further order from this Court.

**IT IS SO ORDERED this 3rd day of May, 2018**

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE