# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Robbie Emery Burke,

                  Plaintiff(s),

vs.                                           Case Number: 11-cv-00720-JED-PJC

                                                  Proceeding: Status Hearing

Stanley Glanz, et al.,                        Date: 1-15-2019

                  Defendant(s).      Court Time: 10:00 a.m.

### MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge        S. Cope, Deputy Clerk        C1, Reporter

**Counsel for Plaintiff:** Robert Blakemore,

**Counsel for Defendant:** not present

Minutes: Case called for status hearing on Motion for Attorney Fees (#543). Parties are directed to notify the court when the appeal is concluded and the Motion for Attorney Fees is ripe for consideration.

Court Time 10:04 a.m. - 10:08 a.m.