# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBBIE BURKE, as the Special Administrator of the Estate of Elliot Earl Williams, Deceased,<br><br>        Plaintiff,<br><br>v.<br><br>VIC REGALADO, SHERIFF OF TULSA COUNTY, in His Official Capacities, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:11-CV-720-JED-PJC<br>)<br>)<br>)<br>)<br>) |

## RELEASE AND DISCHARGE OF JUDGMENT

*Robbie Burke, as the Special Administratrix of the Estate of Elliot Earl Williams, deceased,* by and through her attorneys, in consideration of the settlement agreement reached between the parties, which requires the parties to jointly move the Court to enter a new Agreed Judgment as a final resolution of this case, hereby releases and discharges the Judgments entered by this Court on March 22, 2017 and August 29, 2017, against Defendants Vic Regalado, in his official capacity, and Stanley Ganz, in his individual capacity, Dkt. Nos. 499 and 548, respectively, and any sureties thereon. As a result of the instant release and discharge, Plaintiff relinquishes all rights to the judgments herein (Dkt. Nos. 499 and 548) and which are released and Defendants are relieved of and from any and all obligations thereunder.

Respectfully Submitted,

*/s/ Robert M. Blakemore*
Daniel E. Smolen, OBA#19943
Robert M. Blakemore, OBA #18656
SMOLEN & ROYTMAN
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667

| | |
|---|---|
| **STATE OF OKLAHOMA** | ) |
| | ) ss. |
| **COUNTY OF TULSA** | ) |

    I, Robbie Burke, as Special Administratrix of the Estate of Elliot Earl Williams, deceased, of lawful age, being first duly sworn, upon oath, deposes and states: that she is the Plaintiff above-named; that she has read the above and foregoing documents; and, that she believes the information contained therein to be true and correct to the best of his knowledge and belief.

*/s/ Robbie Burke*
Robbie Burke, as Special Administratrix of the
Estate of Elliot Earl Williams, deceased

| | |
|---|---|
| **STATE OF OKLAHOMA** | ) |
| | ) ss. |
| **COUNTY OF TULSA** | ) |

    BEFORE ME, the undersigned notary public, on this day personally appeared Robbie Burke, as Special Administratrix of the Estate of Elliot Earl Williams, known to me to be the person whose name was subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on the 26th day of November, 2019, to certify which witness my hand and official seal.

[Notary Seal: KENDRA HASH, NOTARY, #08001503, EXP. 02/05/20, STATE OF OKLAHOMA]

*/s/ Kendra Hash*
NOTARY PUBLIC SIGNATURE

## CERTIFICATE OF SERVICE

    This is to certify that on the November 27, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants entered in this case.

*/s/ Robert M. Blakemore*