**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROBBIE BURKE, as the Special Administrator of the Estate of Elliot Earl Williams, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>VIC REGALADO, SHERIFF OF TULSA COUNTY, in His Official Capacities, *et al.*,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 11-CV-720-JED-PJC<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED JUDGMENT AGAINST VIC REGALADO,**
**IN HIS OFFICIAL CAPACITY AS SHERIFF OF TULSA COUNTY**

Plaintiff Robbie Burke, as the Special Administratrix of the Estate of Elliot Earl Williams appears through counsel, Daniel Smolen, and Defendant Vic Regalado, in his official capacity, appears through counsel, Guy Fortney. The Court finds that these parties have entered into the following stipulations:

1. Defendant has agreed to settle the case herein by paying to Plaintiff and her attorneys Ten Million Dollars and no Cents ($10,000,000.00), plus post-judgment interest at a rate of 4.75% per annum, in full settlement of this matter. The parties have agreed to terms and conditions of this Judgment to effectuate the settlement reached. This Judgment is subject to the following conditions:

    a. That upon execution and filing of this Judgment, Plaintiff fully and completely releases any and all, past, present or future claims, on behalf of the Estate of Elliott Williams, whether known or unknown, against the Board of County Commissioners of Tulsa County, Vic Regalado, Sheriff of Tulsa County, in his official capacity; Stanley Glanz, in his individual capacity and against any agent/employee and/or representative of the Tulsa County Sheriff's Office or Tulsa County

1

which Plaintiff has, or may have, as a result of the alleged incidents to have occurred herein, which includes Plaintiff and her attorneys fully and completely releasing any and all past, present or future claims for pre- and post-judgment interest, costs and attorneys' fees herein.

2. Plaintiff, as the Special Administratrix of the Estate of Elliot Earl Williams and on behalf of said estate is fully aware of the conditions upon which this confession of judgment is made and hereby fully accepts said conditions.

3. The Court accepts these stipulations and hereby enters this Agreed Judgment in the amount of Ten Million Dollars and no Cents ($10,000,000.00) to be paid as a judgment pursuant to statutory authority.

4. The parties' Joint Motion to Enter Judgment (Doc. 614) is therefore **granted.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Robbie Burke, as the Special Administratrix of the Estate of Elliot Earl Williams, deceased, and against the Defendant Vic Regalado, in his official capacity as the Tulsa County Sheriff, in the sum of Ten Million Dollars and no Cents ($10,000,000.00) inclusive of attorneys' fees and costs, together with post-judgment interest at a rate of 4.75% per annum.

Dated this 2nd day of December, 2019.

_____
JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT